675 A.2d 710

**Philip P. and Margaret B. KALODNER, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, Board
of Finance and Revenue, Appellees.**

Supreme Court of Pennsylvania.

Jan. 23, 1995.

Reargument Denied March 23, 1995.

## *ORDER*

PER CURIAM:

**AND NOW,** this 23rd day of January, 1995, the Order of the Commonwealth Court is affirmed.

MONTEMURO, J., is sitting by designation.